No. 97–7979. HOSKINSON v. INDIANA. Ct. App. Ind. Certiorari denied. 

No. 97–7991. BRIDGES v. GEORGIA. Sup. Ct. Ga. Certiorari denied. 

No. 97–8000. MCNAIR v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied. 

No. 97–8017. NWOSUN v. GENERAL MILLS RESTAURANTS, INC. C. A. 10th Cir. Certiorari denied. 

No. 97–8019. ESTRADA RUEDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–8020. YANEZ PENALOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–8049. FLETCHER v. WILLIAMS ET AL. Sup. Ct. Ill. Certiorari denied. 

No. 97–8072. BIVINS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–8076. HAYNES v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–8078. FONTAINE v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 97–8117. REYNERO-LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–8119. PILJAK v. INTERNAL REVENUE SERVICE. C. A. 9th Cir. Certiorari denied. 

No. 97–8130. MCQUOWN v. SAFEWAY, INC. Sup. Ct. Va. Certiorari denied.

No. 97–8138. HORTON v. GEE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.